IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 15-cv-01209-CBS | Date:  October 9, 2015 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                                      *Counsel:*

WESTSIDE INVESTMENT PARTNERS, INC.,        David TeSelle
Michael Burg
Rick Bailey

Plaintiff,

v.

NORTHLIGHT TRUST I, *et al.,*                          Laurin Quiat

Defendant.

---

## COURTROOM MINUTES/MINUTE ORDER

---

**HEARING: MOTION HEARING**
**Court in session: 02:23 p.m.**
Court calls case.  Appearances of counsel.

This hearing comes before the court in regards to *[17] Defendants' Motion for Judgment on the Pleadings*.  Discussion and argument regarding the motion.

**ORDERED:**      *[17] Defendants' Motion for Judgment on the Pleadings* is **GRANTED** as stated on
the record.  This ruling comes from the bench.

Within 7 days of today, the Defendant shall advise the court if they are going to
continue to pursue the counter claim.

HEARING CONCLUDED.

**Court in recess: 03:17 p.m.**
Total time in court: 00:54

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.